# Alabama Great Southern Railroad Co. v. Hannah.

APPEAL from DeKalb Circuit Court.

Tried before the Hon. JOHN B. TALLY.

AMOS E. GOODHUE, for appellant.

DAVIS & HARALSON, contra.

Action by appellee against appellant to recover damages for killing a horse. There was judgment for plaintiff. Reversed and remanded.

Opinion by HEAD, J.

---

# Rich v. The State.

APPEAL from St. Clair Circuit Court.

Tried before the Hon. GEORGE E. BREWER.

M. M. SMITH and JAMES A. EMBRY, for appellant.

W. C. FITTS, Attorney-General, contra.

The appellant was indicted, tried and convicted for larceny from a storehouse. Reversed aud remanded.

PER CURIAM.